# *United States District Court*

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

JARROD KNIGHT

**WARRANT FOR ARREST**

CASE NUMBER: 00-6047-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JARROD KNIGHT
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to import controlled substances, importation of cocaine

in violation of Title 21 United States Code, Section(s) 841, 952
in violation of Title 18 United States Code, Section(s) 2

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ PRETRIAL DETENTION *Requested*

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

02/29/00   FORT LAUDERDALE, FLORIDA
Date and Location

*[signature] Lurana S. Snow*
LURANA S. SNOW

by CHIEF UNITED STATES MAGISTRATE JUDGE
   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __JARROD KNIGHT__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____