COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JARROD KNIGHT (J)　　　　　　CASE NO: 00-6047-CR-ZLOCH
AUSA: MICHAEL DITTOE /Cora　　　　ATTY:
AGENT:　　　　　　　　　　　　　　VIOL:
PROCEEDING INQUIRY RE COUNSEL　　RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no　　　　COUNSEL APPOINTED
　　　BOND SET @
　　　SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS　　x's a wk/month by phone;　　x's a wk/month in person
3) Travel extended to:

*Cnsl still not retained*
*bringing deft in tomorrow*

FILED by MAR - 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD

NEXT COURT APPEARANCE:　INQUIRY RE COUNSEL:　3/3　11　SNOW
　　　　　　　　　　　　　PTD/BOND HRG:　　　MARCH 6　11:30　SNOW
　　　　　　　　　　　　　PRELIM/ARRAIGN:　　MARCH 6
　　　　　　　　　　　　　REMOVAL HRG:
　　　　　　　　　　　　　STATUS CONF:

Date: 3/2/00　　Time 11:00　　FTL/LSS TAPE #00- 011　　Begin: 2467　　End: 2597

25