# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )   CASE NUMBER: CR _61957 CCH_
       Plaintiff )
                             ) _00-6047-cr-Zloch_
       -vs- )   REPORT COMMENCING CRIMINAL  (Seal)
                             )   ACTION
_Jarred Andrew Knight_ )
       Defendant

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

TO:  CLERK'S OFFICE    MIAMI     FT. LAUDERDALE     W. PALM BEACH
     U.S. DISTRICT COURT              (circle one)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
       COURT ABOVE.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: _3/1/00    7:30_    (a.m.)/p.m.

(2)   LANGUAGE(S) SPOKEN: _English_

(3)   OFFENSE(S) CHARGED: _21 USC 963, 952, 846, 841  18 USC 2_
       _Trafficking Cocaine_

(4)   UNITED STATES CITIZEN:   (✓)YES   ( )NO   ( )UNKNOWN

(5)   DATE OF BIRTH: _3/9/69_

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
      [✓] INDICTMENT    [ ] COMPLAINT    CASE # _____
      [ ] BENCH WARRANT FOR FAILURE TO APPEAR
      [ ] PAROLE VIOLATION WARRANT
      ORIGINATING DISTRICT: _____
      COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [✓] YES  [ ] NO

AMOUNT OF BOND: $ _Pretrial Detention_  WHO SET BOND? _Magistrate Judge Snow_

(7)   REMARKS: _____

(8)   DATE: _3/1/00_   (9) ARRESTING OFFICER _Houk/Flowers_

(10)  AGENCY _USCS_   (11) PHONE # _954-356-7235 x137_

(12)  COMMENTS _____

SCANNED

33