COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JARROD KNIGHT (J)    CASE NO: 00-6047-CR-ZLOCH
AUSA: MICHAEL DITTOE /s/ *Dits*    ATTY:
AGENT:    VIOL:

PROCEEDING INQUIRY RE COUNSEL    RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED
_____ BOND SET @
_____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

(305) 940-8123 Gene Simon -

deft's father testified that he is in the process of hiring Mr. Simon -

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL:
                        PTD:           MARCH 6    11:30    SNOW
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF:

Date: 3/3/00   Time 11:00   FTL/LSS TAPE #00- 017   Begin: 3219   End: 3450

36