COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JARROD KNIGHT (J)     CASE NO: 00-6047-CR-ZLOCH

AUSA: MICHAEL DITTOE — *pres*     ATTY: Joel Kobrish (temp)

AGENT:     VIOL:

PROCEEDING INQ RE CNSL/PTD/ARRAIGN. RECOMMENDED BOND PTD

BOND HEARING HELD - yes (no) *stip*     COUNSEL APPOINTED

BOND SET @ 50,000 CSB & 200,000 PSB w/ Debbie

SPECIAL CONDITIONS:

1) To be cosigned by: *mother, father*
2) Rpt to PTS / x's a (wk)/month by phone; / x's a wk/(month) in person
3) Travel extended to:
4) No firearms

PTD request w/drawn - stip bond set

[FILED by ___ D.C. MAR - 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

     PTD/BOND HRG: ✓

     PRELIM/(ARRAIGN): 3-14 / 11 / Seltzer

     REMOVAL HRG:

     STATUS CONF:

Date: 3/6/00    Time: 11:30    FTL/LSS TAPE #00- 013    Begin: 1662   End: 2061

51