DEFT: Jarrod Knight (J) #BOND    CASE NO: 00-6047-CR-Zloch
AUSA: Mike Dittoe / Don Chase    ATTNY: Joel Robrish — Not present
AGENT: ___    VIOL: ___
PROCEEDING: Inquiry re Counsel/ Arraignment    BOND REC: ___
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___
BOND SET @ ___

FILED by ___ B.C.
MAR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring ___

∆ — ~~guaranteed~~

∆ — released on bond last Friday.
∆ — did not appear in Court

NEXT COURT APPEARANCE:  DATE:         TIME:      JUDGE:
INQUIRY RE COUNSEL:     3-14-00      11:00am    BSS
PTD/BOND HEARING:       3-14-00      11:00am    BSS
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 3-13-00   TIME: 11:00am   TAPE # 00-018   PG # 4
225-230

61