

FILED by _____ B.S.
MAR 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   00-6047-CR-Zloch

UNITED STATES OF AMERICA

vs

Jarrod Knight

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 3-14-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:         Address:  SEE BOND
                   _____
                   _____
                   Telephone: _____

DEFENSE COUNSEL:   Name:  JOEL ROBRISH
                   Address: _____
                   _____
                   Telephone: _____

BOND SET/CONTINUED:  $  CONT'D ON BOND AS SET

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this  14  day of  March , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
    Deputy Clerk

Tape No.  00-019

cc: Clerk for Judge
    U. S. Attorney

63