U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jarrod Knight (B)  CASE NO: 00-6047-CR-Zloch
AUSA: Mike Dittoe /Don Chase  ATTNY: Joel Robrish *present*
AGENT: ___  VIOL: (p-m-)
PROCEEDING: Inquiry re Counsel/Arraignment  BOND REC: ___
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

FILED BY ___ D.C.
MAR 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
     ___ Electronic Monitoring ___

— stand mute.

15 tapes (already transcribed)

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 3-29-00  11:00am  LSS

DATE: 3-14-00  TIME: 11:00am  end 12:10pm  TAPE # 00-019  PG # 1
1065-1325
67