UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA              CASE NO.  00-6047-CR-Zloch

          Plaintiff,              Magistrate Judge Seltzer

v.

JAMES BOOKER et al.,

          Defendant

_____/

## MOTION FOR PROTECTIVE ORDER TO DEFER COMPLIANCE WITH PARAGRAPHS D AND E OF THE STANDING DISCOVERY ORDER

    The United States of America, through its undersigned attorney, and pursuant to Rule 16(d)(1) Fed. R. Crim. P., respectfully moves the Court for a protective order permitting the government to defer compliance with Sections D and E of the Standing Discovery Order ("SDO") until the commencement of trial and in support states as follows:

I  INTRODUCTION

    Rule 16(d)(1), Fed.R.Crim.P., permits the court to deny, restrict, or defer pre-trial discovery upon sufficient showing by a party of need for such action.  The Rule provides as follows:

          (d)  Regulation of Discovery.

               (1)  Protection and Modifying
               Orders.  Upon a sufficient showing the
               court may at any time order that the
               discovery or inspection be denied,

restricted, or deferred, or make such
order as is appropriate. Upon motion
by a party, the court may permit the
party to make such showing, in whole,
or in part, in the form of a written
statement to be inspected by the judge
alone. If the court enters an order
granting relief following such an
ex parte showing, the entire text of
the party's statement shall be sealed
and preserved in the record of the court
to be made available to the appellate
court in the event of an appeal.

The particular area of discovery the government wishes to

delay compliance with is contained in paragraphs "D" and "E" of

the SDO.  Those three paragraphs provide that the following

materials must be supplied to defense counsel within 14 days

following the defendant's arraignment:

D.  The government shall disclose to the
defendant the existence of any payment,
promises of immunity, leniency,
preferential treatment, or other
inducements made to prospective
government witnesses, within the
scope of United States v. Giglio,
405 U.S. 150 (1972) and Napue v.
Illinois, 360 U.S. 264.

E.  The government shall supply the defendant
with a record of prior convictions of any
alleged informant who will testify for the
government at trial.

The United States requests a delay in requiring its

compliance with the aforementioned discovery provisions because

the disclosure of the items in paragraphs D and E would alert the

defendants as to the identity of key government witnesses,

thereby, creating a serious risk of retaliation against those

2

witnesses.  Accordingly, in accord with the below cited cases and
the common practice in this district, see, e.g..  United States
v.Aiken, 76 F.Supp.2d 1339, 1342-1344 (S.D. Fla. 1999; J.,
Gold)(collecting cases), the United States moves his Court to
defer compliance with Sections D and E of the standing discovery
order until the commencement of trial or until five days before
the anticipated start of trial start once the order of trial has
been determined at the calendar call of the case. [1]

    II   FACTS

    The defendants are charged in a multi-count indictment with
smuggling narcotics into the United States through Port
Everglades.  Specifically, the  indictment alleges that large
quantities of cocaine and marijuana were smuggled into the United
States through various maritime shipping companies at port
Everglades. The conspiracy was responsible for smuggling more
than 1,000 kilograms of cocaine and 10,000 pounds of marijuana.[2]
The defendants used their positions as dock workers to facilitate
the smuggling of the drugs into the United States. Consequently,

---

[1] The United States, in the pre-trial detention hearing,
already disclosed that Cecil McCelod, who is incarcerated,  is a
government witness.  However, there are other government
witnesses who are either not incarcerated or whose families could
be placed in danger if their identities are disclosed before
trial.

[2] Of course not all defendant were involved in all the
importations. Thus, the amount of controlled substances
reasonably foreseeable by any particular defendant under the
United states Sentencing Guidelines may vary.

the defendants face considerable prison sentences in the event of conviction.

Conversations intercepted pursuant to court orders indicate a propensity toward violent actions by members of the conspiracy. For example, in a conversation with Cecil McCleod (now an incarcerated cooperating witness) about a drug dispute between Booker and another drug dealer Defendant Booker stated that "I could have taken everybody out in one meeting." ( Ex. 1 at p. 10). Later in the conversation Booker again stated, "You know what I'm saying? I could I could, uh, (UI) taken everybody out." (Ex. 1 at P. 11). Booker further remarked that, "I told you what I did. I put it up, put in up in the motherf------, eliminate the motherf-----. This being you gotta do what you gotta do. I'm going to take care of my business. Plus that ni---- put me out there, me and my men and my family." (Ex. 1 at p. 11).

Moreover, the government's evidence will indicate that defendant Sean Dixon is one of Booker's men mentioned in the above conversation. In a search incident to a lawful arrest, law enforcement officers discovered a loaded pistol in a closet in Dixon's bedroom. Two additional magazines were also discovered near the weapon.

III Legal Argument

Though the disclosing of government benefits and other impeachment information is constitutionally mandated, the timing

4

of such disclosures is not.  Neither Giglio, supra, nor Napue,
supra, nor in other case, has the Supreme Court stated when such
disclosures must be made.

The courts that have considered the question have
consistently held that impeachment materials, such as those
covered by the Court's Standing Discovery Order, need not be
disclosed to the defense prior to trial.  Rather, disclosure of
such material is timely, provided the defense receives it in time
to adequately make use of it in preparing its case.  As a
consequence District Courts in the Southern District of Florida
regularly delay compliance with paragraphs D and E of the
standing discovery order in appropriate cases such as danger to
witnesses.   United States v. Aiken, 76 F.Supp.2d 1339, 1342-1344
(S.D. Fla. 1999; J., Gold)(collecting cases). See also, United
States v. O'Neill, 767 F.2d 780, 783-84 (11th Cir. 1985) (failure
to disclose witness' agreement with prosecution for his testimony
was not grounds for reversal where the information was disclosed
during the trial before the jury); United States v. Darwin, 757
F.2d 1193, 1201 (11th Cir.), cert. denied, 106 S.Ct. 106 (1985)
(No prejudice found where government's disclosure of Brady
material made after witness had testified and defendant could
have recalled the witness for further questioning); United States
v. Kopituk, 690 F.2d 1289, 1341 (11th Cir. 1982), cert. denied,
461 U.S. 928 (1983) (Defendants not deprived fair trial where

there was a mere delay in the transmittal of <u>Brady</u> materials and defendants were able to effectively utilize the information); <u>United States v. Abrams</u>, 539 F.Supp. 378, 390 (S.D.N.Y.) 1982) ("<u>Brady</u>... does not require the government to disclose information pertaining to the credibility of witnesses before that witness testifies").

In this case, the government has presented specific evidence of a defendant's stated intent to retaliate against a rival drug dealer. It is not a logical leap to conclude that persons with pre-dispositions for violence pose a grave risk of retaliating against government witnesses.  Indeed, a presently undisclosed government witness,  has expressed a fear that Booker will retaliate against his/her family.  Morever, this retaliation may occur even thought the defendant himself is incarcerated.  As noted above, Booker indicted that he had "men" in his group who were placed at risk by a rival drug importer. Some of these persons have not yet been identified.  There is a real danger that retaliation will occur against government witnesses and their families.

IV <u>CONCLUSION</u>

Consequently, in order to protect government witnesses and the integrity of the judicial process, a protective order should be entered deferring compliance with paragraphs D and E of the standing discovery order.

WHEREFORE, for the above-stated reasons and those, the the United States moves his Court to defer compliance with Sections D and E of the standing discovery order until the commencement of trial or, alternatively, until five days before the anticipated start of start of trial once the order of trial has been determined at the calendar call of the case.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____

MICHAEL J. DITTOE
Assistant United States Attorney
Court No. A5500209
U.S. Courthouse/Federal Building
500 E. Broward Boulevard
Fort Lauderdale, Florida  33301
(954) 356-7255
(954) 356-7230 (facsimile)

I hereby certify that a copy of this Government's Memorandum in Support of a Protective Order was mailed this 20th day of March, 2000 to:

1. Daryl Wilcox, Esq, AFPD
   101 N.E. 3rd Ave. Suite 202
   Ft. Lauderdale, Fl. 33301

2. Joel D. Robrish, Esq.
   One Datran Center, Suite 400
   9100 South Dadeland Blvd.
   Miami, Florida 33156

3. Israel Encinosa, Esq.
   2250 S.W. 3rd Ave. Suite 206
   Miami, Florida 33129

4. Harold Keef, Esq.
   19220 Oakmont Dr.
   Hialeah Fl. 33015

5. Philip Horowitz, Esq.
   12651 South Dixie Highway
   Suite 328
   Miami, Fl. 33156

6. Ruben Garcia
   1209 Southeast 3rd Ave.
   Ft. Lauderdale, Fl. 33316

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

G & L TRANSCRIPTION SERVICES, Inc.

2151 WEST HILLSBORO BOULEVARD, SUITE 210

DEERFIELD BEACH, FL 33442

Ph: (561) 998-1981    FAX: (561) 241-3619

|  |  |
|---|---|
| **CASE #**: | GS-97-0147 |
| **TAPE #**: | N26B   (Call # 214) |
| **DATE (of recording)**: | 05-25-97 |
| **TIME (of recording)**: | 10:06 |
| **PARTICIPANTS**: | Cecil McCleod;  James Booker |

**Abbreviations**:

**Unintelligible  (UI)**

**Phonetic  (PH)**

**Translator comments and Tape count  [ ]**

| **Participant.** | **Conversation** |
|---|---|
|  | [ PHONE SPEED-DIALING ] |
| C. McCLEOD | What's up, y'all? (UI) good morning. |
| J. BOOKER | Good morning, (UI). |

1


GOVERNMENT EXHIBIT

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard, Suite 210
DEERFIELD BEACH   FLORIDA 33442          Ph: (561) 998-1981  ●  Fax: (561) 241-2619

[ STATIC BURST ]

C. McCLEOD        You alright?

J. BOOKER         Yeah, yeah.

C. McCLEOD        This is working out.  It's, it's just a lot of confusion with (UI) that
                  thing.  You know them same characters that was with you.

J. BOOKER         Yeah.

C. McCLEOD        With that last situation, they, they were behind my whole thing.

J. BOOKER         I figured that.

C. McCLEOD        They been clowning like a bitch, man.

J. BOOKER         Yeah?

C. McCLEOD        If I've knew [sic.] it was those motherfuckers, you might uh, (UI)
                  been that shit.

J. BOOKER         It was... it was them coming through your boy, uh?

C. McCLEOD        Yeah.  You know what I'm saying?

J. BOOKER         Yeah., yeah, 'cause they, they asked me last week.  (UI) you
                  know what they asked me?

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442          Ph: (561) 998-1981   ●   Fax: (561) 241-3619

C. McCLEOD          Nah huh.

J. BOOKER          I, I, uh, I told 'em we can't do nothin'.

C. McCLEOD          Uh huh.

J. BOOKER          You know what I'm saying?

C. McCLEOD          Right.

J. BOOKER          Hold on a second, hold on a second.  I... hold on, hold on a
                   second.

                   [ STATIC BURST, BACKGROUND RINGING, TO TAPE  -  007]

C. McCLEOD          Yeah.

J. BOOKER          Yeah, yeah.

C. McCLEOD          I don't know why them niggers are so full of games, (UI).

J. BOOKER          Yeah, you know what I'm saying?

C. McCLEOD          All the motherfuckin' time.

J. BOOKER          But, but... they came through your boy.

C. McCLEOD          Yeah.

3

G & L TRANSCRIPTION SERVICES, Inc.                    2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442          Ph: (561) 998-1981   •   Fax: (561) 241-3619

J. BOOKER          I, I, uh, you know, I thought I recognized one of the motherfuckeers when,,, and uh, uh, I could've sworn this mother (UI) probbaly didn't want me to go.

C. McCLEOD          Uhh?

J. BOOKER          I was, uh, I don't think they wanted me to go.

C. McCLEOD          That ain't got nothing to do with them.

J. BOOKER          No, but uh, (UI) tomorrow, man. " I see ya' later, I see you later. Uh, uh I check it tomorrow, dog."

C. McCLEOD          Who said that?

J. BOOKER          Sealand Yard, Shakey.

C. McCLEOD          Oh yeah?

J. BOOKER          Uhh?

C. McCLEOD          Who said that?

J. BOOKER          Shakey.

C. McCLEOD          Shakey ain't got nothing to do with that.

J. BOOKER          Uh, I, I know that.  I was just telling what, what the motherfucker was saying when I was there, you know.  (UI).

4

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442          Ph: (561) 998-1981   ●   Fax: (561) 241-3619

C. McCLEOD          Oh, yeah.

J. BOOKER          I figured, it was him, you know, (UI) order, right?

C. McCLEOD          Yeah, 'cause I told my boy, in the first place.

J. BOOKER          For see, I didn't know, I didn't know you, (UI) true colors.

C. McCLEOD          Uh huh.

J. BOOKER          If I knew that, I would've (UI) and put "Chino" (PH) with them.

C. McCLEOD          Yeah, yeah.

J. BOOKER          I, you know, I didn't know.

C. McCLEOD          Uh huh.

J. BOOKER          I figured they made me know, 'cause I uh, I don't want them
                   niggers didn't know nothing 'bout me, you know what I'm
                   saying?

C. McCLEOD          Yeah, I understand that, dog.

J. BOOKER          (UI) half the port know what went down.

C. McCLEOD          Right.  That was a spur of the moment thing.  You boy couldn't
                   get off, (UI) they send a man back to the boat, you know what
                   I'm saying?

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard, Suite 210
DEERFIELD BEACH   FLORIDA   33442          Ph: (561) 998-1981  •  Fax: (561) 241-3619

J. BOOKER          (UI), though.

C. McCLEOD          Huh?

J. BOOKER          (UI) I was out, me and...

C. McCLEOD          I know what you were saying, but he was your boy.

J. BOOKER          Yeah.  But I, I wouldn't worry about that, though.

C. McCLEOD          Well, what I'm saying...

J. BOOKER          I wouldn't do (UI).

C. McCLEOD          ... people, people who I wanted I couldn't get.

J. BOOKER          Yeah.  Right, right.

C. McCLEOD          "Ha-", "Hawk" was down there, on the other end.

J. BOOKER          Uh, I, uh... you know what?  I saw "Hawk" too, when I was
                   sitting there , when , when I was sitting at "Lester's".

C. McCLEOD          Yeah.

J. BOOKER          I (UI) to "Hawk", why don't you catch this girl, you just call her
                   and see how it's packed."

C. McCLEOD          Yeah, yeah.

6

G & L TRANSCRIPTION SERVICES, Inc.                    2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442                      Ph: (561) 998-1981  •  Fax: (561) 241-3619

[ TAPE COUNT  -  019 ]

| | |
|---|---|
| J. BOOKER | You uh, you know what I'm saying? |
| C. McCLEOD | Uh huh. |
| J. BOOKER | And uh, and uh, I started to (UI), you know, to see (UI) back at "Lester's".  And I beeped you in Bimini. |
| C. McCLEOD | I lost two (2) people real quick, "Hawk" and "Red".  You know what I'm saying? |
| J. BOOKER | I'll, I'll beep you quick. |
| C. McCLEOD | That I had to replace.  And then when I got back, they, they, say you  had (UI), I said "Bill" (PH). |

[ STATIC PEAK.  CONVERSATION IS LOST MOMENTARILY]

J. BOOKER          Hello!

[STATIC BURST.  PHONE DIALING, TO TAPE COUNT  - 024 ]

[ **END OF CONVERSATION** ]

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442          Ph: (561) 998-1981  ●  Fax: (561) 241-3619

[ **NEW CONVERSATION**.  TAPE COUNT  -  026 ]

C. McCLEOD          Yeah.

J. BOOKER          That was it.

C. McCLEOD          Uh huh.

J. BOOKER          You hold on.  I figured that what it was...

C. McCLEOD          Uh huh.

J. BOOKER          ... I probably should have hung up, but, uh, (UI). (UI) that motherfucker (UI) God damn it, you know, (UI)...

C. McCLEOD          Uh huh.

J. BOOKER          ... damned, he looked familiar.

C. McCLEOD          Yeah, yeah.

J. BOOKER          But then I, you, I ain't (UI). I  play ball, (UI).

C. McCLEOD          Yeah.

J. BOOKER          I'm just at the ballfield, you know what I'm saying?  So the nigger was chilling over there.

C. McCLEOD          Uh huh.

G & L TRANSCRIPTION SERVICES, Inc.                    2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442              Ph: (561) 998-1981  ●  Fax: (561) 241-3619

J. BOOKER          'Cause I didn't want those niggers start holding a conversation
                   with me.  I didn't want to talk to they'all.

C. McCLEOD         Uh huh.

J. BOOKER          I figured... you know what?  I figurred, I, I missed (UI) that thing
                   he was, holding and the motherfucker sneaking in, though the
                   (UI) once I saw him, you know.

C. McCLEOD         Oh shit!

J. BOOKER          'Cause he thought it was you who that straightened it up.

C. McCLEOD         Uh huh.

J. BOOKER          That's what he told me.

C. McCLEOD         Who?

J. BOOKER          See, my people don't want straightening this thing out.

C. McCLEOD         Whose people?

J. BOOKER          "Shakey."

C. McCLEOD         "Shake" said what?

J. BOOKER          That my people don't want to straighten this thing out.  I got
                   something to work this (UI).  Don't worry about it.

G & L TRANSCRIPTION SERVICES, Inc.                    2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442                Ph: (561) 998-1981   ●   Fax: (561) 241-3619

C. McCLEOD          Some shit like that.

J. BOOKER           (UI) my answer to that.  But he, him and his people were the
                    ones that straightened this thing out.

C. McCLEOD          You're right.

J. BOOKER           He asid, "No big deal."

C. McCLEOD          Uh?

J. BOOKER           Otherwise (UI) no big deal who was straightening it out.  We
                    were the ones who need to know whether he did it or stop
                    bullshitting.

C. McCLEOD          Yeah.

J. BOOKER           You know what I'm saying?  "Cause we, we'll make, we'll make
                    motherfucking trouble.

C. McCLEOD          Yeah.

J. BOOKER           I could've gotten mine all in one meeting.  You know what I'm
                    saying?

C. McCLEOD          Say that again.

J. BOOKER           I uh, I could have taken everybody out in one meeting.

G & L TRANSCRIPTION SERVICES, Inc.
DEERFIELD BEACH   FLORIDA   33442

2151 West Hillsboro Boulevard,  Suite 210
Ph: (561) 998-1981   ●   Fax: (561) 241-3619

| | |
|---|---|
| C. McCLEOD | Yeah. |
| J. BOOKER | You know what I'm saying?  I could, I, uh, I (UI) taken everybody out. |
| C. McCLEOD | Uhuh. |
| J. BOOKER | Uh, I, I and they (UI) me, not to tell you about (UI).  But it's just that everything worked out, I couldn't (UI). |
| C. McCLEOD | Uhm huh. |
| J. BOOKER | And that was (UI).  You know, you... see, I was (UI) told you I wasn't taking any more shit. |
| C. McCLEOD | Uh huh. |
| J. BOOKER | That was it, man, that was it.  I, I was stressed out.  My family was stretched to the end, man. |
| C. McCLEOD | I, you know, I knew we were in a motherfucking situation.  I knew that. |
| J. BOOKER | I told you what I did.  I put it up, put in up in the (UI) motherfuckers, eliminate the motherfuckers. This being you gotta do what you gotta do.  I'm gonna take care of my business.  Plus that nigger put me out there, me and my men and my family. |

11

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442          Ph: (561) 998-1981   ●   Fax: (561) 241-3619

[ TAPE COUNT  -  043 ]

C. McCLEOD          Uhuh.

J. BOOKER          You understand what I'm saying?

C. McCLEOD          Uh huh.

J. BOOKER          It's the, the old, old law (UI) for me and you talk in person.

C. McCLEOD          Uh huh.

J. BOOKER          Why (UI) going to let you go.    I could (UI) set right now.

C. McCLEOD          Whenever I get straight, but I ain't straight yet.

J. BOOKER          (UI) I figger that when you said the same people, then I knew
                   they probably want most of that.

C. McCLEOD          Yeah.

J. BOOKER          [OVERLAPS]  (UI).

C. McCLEOD          I don't know what they're (UI) how are they tryinng niggers like
                   this.

J. BOOKER          Hey, they ain't trying me like (UI).  They know they (UI) they
                   really dead, You know what I'm saying?

12

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442                Ph: (561) 998-1981   •   Fax: (561) 241-3619

C. McCLEOD        You know what I'm saying?  [LAUGHS]

J. BOOKER         Hey now, that, that, that  can't be what I said.  They gotten paid
                  little by little, you know what I'm saying?

C. McCLEOD        Uh huh.

J. BOOKER         Hold on a second, (UI).

                  [ BURST OF LOUD NOISES.  TAPE COUNT  -  048 ]

C. McCLEOD        Yeah.  Uh huh.

J. BOOKER         I was, uh, you don't think it would be through today?

C. McCLEOD        What was that?

J. BOOKER         That, you think it would be through, before the (UI)?

C. McCLEOD        Uh, I don't know.  I'm gonna go back.  As soon as I get up I'm
                  gonna go right back to (UI).

J. BOOKER         Oh, you send word again?

C. McCLEOD        Yeah.

J. BOOKER         Oh, you still up there today.

C. McCLEOD        Oh, again.  We came in at, uh, quarter to six (5:45).

13

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442          Ph: (561) 998-1981   •   Fax: (561) 241-3619

J. BOOKER          With a small crew?

C. McCLEOD          Uh, yeah, only ten (10) or so.

J. BOOKER          Yeah, (UI).

C. McCLEOD          Uhuh.

J. BOOKER          (UI).

C. McCLEOD          That shit, (UI).  I told the men, "Look it, those characters", my
                    man."

J. BOOKER          Yeah.

C. McCLEOD          "Had them", my man.

J. BOOKER          I, uh, (UI), you know I told them this (UI). He knows that I can
                    give my (UI).

C. McCLEOD          Huh?

J. BOOKER          I figure, I figure they'll will come again.

C. McCLEOD          Uh huh.

J. BOOKER          (UI) tell them to watch out.

C. McCLEOD          Uh huh.

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442          Ph: (561) 998-1981   ●   Fax: (561) 241-3619

J. BOOKER          'Cause they will come, I know they going to come 'cause they (UI) nothing back from you boy.

C. McCLEOD          Uh huh.

J. BOOKER          And they, they need just to bring (UI) to make a hit.

C. McCLEOD          I heard they knocked his mama's door down.

J. BOOKER          Yeah.  Uh...

C. McCLEOD          I thought they just came and knock, and they (UI) kick it down.

J. BOOKER          I know.

C. McCLEOD          Yeah,

J. BOOKER          (UI).

C. McCLEOD          Yeah, yeah. .

J. BOOKER          That way them boys ain't talking all rough.

C. McCLEOD          Uh uh.

J. BOOKER          You know what I'm sayin'?

C. McCLEOD          Uh uh.

15

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442          Ph: (561) 998-1981   •   Fax: (561) 241-3619

J. BOOKER          (UI) Evie (PH) talked to him on the phone.  But the (UI) my woman telling me.  That means you blow smoke up my ass. The good thing is I just kept it to myself.  You know what I'm saying?

C. McCLEOD          Uh huh.

J. BOOKER          I, ih, I was just feeling you out.  I know what you're doing, trying to smile at my face.  And laughing, (UI) even put me out there...

C. McCLEOD          Uh huh.

J. BOOKER          ... you know what I'm saying? 'Cause you know, right now, you (UI) you part of the family.

C. McCLEOD          (UI).

J. BOOKER          You was a part of (UI).

C. McCLEOD          Yeah?

J. BOOKER          Yeah.  And I know, one don't move without the other.

C. McCLEOD          Uhuh.

J. BOOKER          You know that.

C. McCLEOD          Yeah.

16

G & L TRANSCRIPTION SERVICES, Inc.          2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442              Ph: (561) 998-1981   ●   Fax: (561) 241-3619

J. BOOKER            That (UI).

C. McCLEOD           (UI).

J. BOOKER            I uh, I want,  I'm gonna do a little bit. (UI) I was selling the other
                     for a couple, alright?

C. McCLEOD           Say that again.

J. BOOKER            I'm gonna put some shit together.  I'm just waiting on you.

C. McCLEOD           Uhhm...

J. BOOKER            Okay?

C. McCLEOD           Hold on, uh, let me, hold on.  Let me see what's going on.

J. BOOKER            No, uh, no,  I know that.

C. McCLEOD           You talking 'bout something new.

J. BOOKER            Something to clear, something, I, uh, I was trying to help you
                     right now.  I don't understand(UI) once you cleared.

C. McCLEOD           Okay.  I'd (UI).

J. BOOKER            I'm, I'm, uh, (UI) this shit right now.

                     [ TAPE COUNT  -  067 ]

17

G & L TRANSCRIPTION SERVICES, Inc.                    2151 West Hillsboro Boulevard,  Suite 210
DEERFIELD BEACH   FLORIDA   33442                      Ph: (561) 998-1981   •   Fax: (561) 241-3619


C. McCLEOD        Okay, I hear you, I hear you.

J. BOOKER         Two hundred (200) (UI) for the, uh, for the next six, seven (6, 7)
                  hours I'll be lining it up, so (UI) for you.

C. McCLEOD        Okay.

J. BOOKER         Before I say (UI).

C. McCLEOD        Okay.

J. BOOKER         Awright.

C. McCLEOD        Alright

                  [ SOUND OF SPEED-DIALING.  TAPE COUNT  -  069 ]

                  [ **END OF RECORDING** ]

18