UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6047 CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JARROD KNIGHT

    Defendant,
_____/

## MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS AND FOR CONTINUE OF THE TRIAL OF THIS CASE

The Defendant, **JARROD KNIGHT**, by and through his undersigned attorney and hereby files this Motion for Extension of Time to file Pre-Trial Motions pursuant to the Court's Pre-trial Order and to Continue the trial setting in this case and in support thereof states as follows:

The trial in the above case has been scheduled for April 25, 2000, with a calender call for April 24, 2000, at 9:00 a.m. On Monday, March 27, 2000 defense counsel met with the prosecutor and obtained additional tapes and transcripts; moreover, additional supplemental discovery containing boxes of material has just been made available today for delivery to defense.

That the defense intends to file certain pre-trial motions, including a Motion to Produce the Confidential Informant. and a Motion For Bill of Particulars, however, defendant submits that the filing of these defense motions is pre-mature at this time because of the problems associated with just receiving the voluminous boxes of documents submitted in this case. A Motion in Opposition to Introduction by the Government of Rule 404(b) has already been filed by the defendant. Moreover, a hearing on the Government's Motion for Protective Order is scheduled for Monday April 10, 2000 at 11:00 o'clock am. As a result, the Court's Pre-Trial Order containing certain



compliance dates as to pre-trial stipulations and discovery is unrealistic based on the problems encountered with discovery at this time. Pursuant to Local Rule 88.9, the defendant has contacted the Assistant United States Attorney in this case Mike Dittoe and he has no objection to the court granting this Motion and re-setting the trial in this cause..

**WHEREFORE**, the defense hereby moves this honorable court for a reasonable extension of time of at least thirty days to file pre-trial motions as well as a continuance of the trial date in this case. for the reason set forth herein. .

Respectfully submitted,

JOEL D. ROBRISH, P.A.
Attorney for Defendant
Datran 1* Suite 400
9100 South Dadeland Blvd.
Miami, Florida 33156
(305) 670-9327

By: _____
JOEL D. ROBRISH

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this foregoing has been furnished by U.S. Mail and fax to: MICHAEL J DITTOE, United States Attorney's Office, 500 East Broward Blvd., Ft Lauderdale, Florida 33394; Darryl Wilcox, AFPD, 101 N.E. 3rd Avenue, Suite 202, Ft. Lauderdale, Florida 33101; Scott Sakin, Esq. 1411 N.W. North River Drive, Miami, Florida 33125; Harold Keefe, Esq., 19220 Oakmont Dr., Hialeah, Florida 33015; Philip Horowitz, Esq., 12651 South Dixie Highway, Suite 328, Miami, Florida 33156, and Ruben Garcia, 1209 Southeast 3rd Avenue, Ft. Lauderdale, Florida 33156 this 1 day of April, 2000.

By: _____
JOEL D. ROBRISH