UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JARROD KNIGHT,

    Defendant,
_____/

CASE NO.: 00-6047 CR-ZLOCH

MAGISTRATE:    JUDGE SELTZER

## DEFENDANT JARROD KNIGHT'S MOTION TO ADOPT DEFENDANT BOOKER'S MOTION TO COMPEL COMPLIANCE WITH THE PARAGRAPHS D AND E OF THE STANDING DISCOVERY ORDER

COMES NOW, the Defendant, **JARROD KNIGHT,** by and through his undersigned attorney and hereby moves this Honorable Court to Adopt Defendant **BOOKER'S MOTION TO COMPEL COMPLIANCE WITH THE STANDING DISCOVERY ORDER.**

Respectfully submitted,

JOEL D. ROBRISH, P.A.
Attorney for **JARROD KNIGHT**
9100 Dadeland Blvd.
Suite 400* Datran One
Miami, Florida 33156
(305) 670-9327

By: _____
    JOEL D. ROBRISH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6047 CR-ZLOCH

UNITED STATES OF AMERICA

MAGISTRATE: JUDGE SELTZER

    Plaintiff,

VS.

JARROD KNIGHT,

    Defendant,
_____/

### DEFENDANT BOOKER'S MOTION TO COMPEL COMPLIANCE WITH THE PARAGRAPHS D AND E OF THE STANDING DISCOVERY ORDER

**COMES NOW**, the Defendant, **JARROD KNIGHT**, by and through his undersigned attorney and hereby moves this Honorable Court to Adopt Defendant BOOKER'S MOTION TO COMPEL COMPLIANCE WITH THE STANDING DISCOVERY ORDER. .

Respectfully submitted,

JOEL D. ROBRISH, P.A.
Attorney for **JARROD KNIGHT**
9100 South Dixie Highway
Suite 400* Datran 1
Miami, Florida 33156
(305) 670-9327

By:_____
    JOEL D. ROBRISH