UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
APR 2 4 2000

CASE NUMBER 00 - 6047 - Cr. Zloch  DATE 4-24-00

CLERK Carlene Newsby        REPORTER Carl Schanzleh

PROBATION                   INTERPRETER

UNITED STATES OF AMERICA  v.  James Booker, et al

U. S. ATTORNEY Michael DiToe    DEFT COUNSEL Rosenberg; Robaish;
                                            Sakin; Keefe; Horowitz

DEFENDANT:  PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Deft's Knight & Booker mtns to continue
granted - all time excludable until trial
actually commences -

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC  2 weeks