UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6047 CR-HUCK

MAGISTRATE: JUDGE BROWN

UNITED STATES OF AMERICA

      Plaintiff,
VS.

**NOTICE OF POTENTIAL CONFLICT**

JARROD KNIGHT,

      Defendant
_____/

      **COMES NOW, JOEL D. ROBRISH**, attorney for defendant, **JARROD KNIGHT**, and hereby files this Notice of Potential Conflict and alleges the following::

That this attorney has retained the services of an attorney who has filed a civil action against the defendant and his mother and father, as follows: **JOEL D. ROBRISH, A Florida Professional Corporation vs. JARROD KNIGHT, ISADORE KNIGHT AND LETHA KNIGHT** in the Circuit Court Dade County, Florida, arising out of the breach of contact for payment of legal fees in this case.

      Respectfully submitted,

JOEL D. ROBRISH, P.A.
Attorney for **JARROD KNIGHT**
9100 South Dixie Highway
Suite 400* Datran 1
Miami, Florida 33156
(305) 670-9327

By:_____
      JOEL D. ROBRISH

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this foregoing has been furnished by U.S. Mail and fax to: **MICHAEL J DITTOE**, United States Attorney's Office, 500 East Broward Blvd., Ft Lauderdale, Florida 33394; **Gary Rosenberg, 255 Alhambra Circle, Suite 425, Miami, Florida 33134**, Harold Keefe, Esq., 19920 Oakmont Drive, Hialeah, Fl. 33015; **Harold Keefe, Esq.,** 19220 Oakmont Dr., Hialeah, Florida 33015; **Philip Horowitz, Esq.**, 12651 South Dixie Highway, Suite 328, Miami, Florida 33156, and **Scott Sakin**, 1411 N.W. N. River Drive, Miami, Florida 33125 <u>13th</u> day of October, 2000.

By: _____
JOEL D. ROBRISH