UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK(S)



FILED by ___ D.C.

OCT 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
v.                           )
                             )
JAMES BOOKER et al.          )
                             )
          Defendants.        )
_____)

## ORDER

This matter is before the Court on the oral motion of the United States to allow the United States to bring an Elmo audio-visual system and a tape player into the Court for presentation of evidence in the above captioned case.

After careful consideration,

It is hereby ORDERED that the Government's oral motion is GRANTED;

It is further ORDERED that technical staff from the United States Attorney's office may bring the aforementioned equipment into the United States Courthouse and install such equipment in the undersigned's courtroom;

It is further ORDERED that such equipment may be brought into the Courthouse and installed starting Friday, October 20, 2000, and may remain in the Courthouse until the completion of



-    trial in the above captioned cause.

        DONE and ORDERED this 23rd day of October, 2000.


                                    _____
                                    PAUL C. HUCK
                                    UNITED STATES DISTRICT JUDGE

2