CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE **Paul C Huck**

======================================================

CASE NO. **00-6047-CR**     DATE **10/18/2000**

CLERK Valerie Thompkins     REPORTER **Larry Herr**

USPO _____     INTERPRETER _____

UNITED STATES OF AMERICA vs. **James Booker, Jarrod Knight, Sean Dixon, Donnell Books, Earnest Archie**

AUSA **Michael Dittoe**     DEFENSE CSL. **Philip Horowitz, Gary Rosenberg, Scott Sakin, Joel Robrish**

Defendant(s) Present ____ Not Present ✓ In Custody ____

TYPE OF HEARING **Calendar Call**

RESULT OF HEARING **Defense motion to Continue Trial filed on 10/12/00 is hereby granted. All counsel join in Oral terms to a continuance for these defendants is granted.**

======================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____     Trial Date _____

Govt. Resp to P/T/Motions _____     Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of
trial, to wit: _____ thru _____ to be excludable
pursuant to the Speedy Trial Act.