IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

THE UNITED STATES OF AMERICA,
Plaintiff

vs.

Case No: 00-6047-CR-Huck

JARROD KNIGHT,
Defendant.

### DEFENDANT'S EX-PARTE MOTION FOR ADVANCE AUTHORIZATION FOR INVESTIGATIVE SERVICES

COMES NOW, the defendant, by and through undersigned counsel, and respectfully requests that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. 3006A and as grounds in support thereof would state the following:

1. This case is a multi-defendant conspiracy with numerous Government witnesses who have signed substantial assistance agreements and either are seeking or have received reductions in their sentences. Their credibility will be crucial to the Government's case.

2. Defense counsel needs to obtain background information on these witnesses for impeachment purposes at trial.

3. Defense counsel wishes to hire Jerry Navarro of Navarro Investigative Services as he is an experienced investigator who handles cases under the Criminal Justice Act.

4. Counsel would request authorization for investigative expenses not to exceed $1000.00.

WHEREFORE the defendant requests this motion be granted.

Respectfully submitted by:

_____
Gennaro Cariglio Jr.
Attorney for the Defendant
1177 Kane Concourse
Suite 120
Bay Harbor Islands, FL 33154
(305) 865-2300
Florida Bar No.: 51985