IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

THE UNITED STATES OF AMERICA,
          Plaintiff

vs.
                                      Case No: 00-6047-CR-Huck

JARROD KNIGHT,
          Defendant.

## *DEFENDANT'S EX- PARTE MOTION FOR ISSUANCE AND SERVICE OF SUBPOENA DUCES TECUM FOR TRIAL*

COMES NOW, the defendant, by and through undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 17(b) respectfully requests that this Honorable Court issue a subpoena duces tecum and order the U.S. Marshal Service to serve said subpoena and as grounds in support thereof would state the following:

1.     The defendant has been declared indigent and has been appointed C.J.A. counsel and as such is unable to pay the witness and service fees in this case.

2.     This case centers around the stevedores at Port Everglades and their alleged role in importing and distributing cocaine.

3.     Defendant Jarrod Knight was employed by Crowley American Transport, Inc.. at Port Everglades. However, it is anticipated by the defense that the dates of his employment at Port Everglades will be disputed at trial. Specifically, whether Jarrod



Knight was employed by Crowley at the time of the alleged crimes. Therefore, counsel needs the entire personnel file from Crowley American Transport, Inc. and their custodian of records to admit this evidence at trial.

5. Therefore, this witness is necessary to prepare an adequate defense.

WHEREFORE the defendant requests this motion be granted.

Respectfully submitted by:

_____
Gennaro Cariglio Jr.
Attorney for the Defendant
1177 Kane Concourse
Suite 120
Bay Harbor Islands, FL 33154
(305) 865-2300
Florida Bar No.: 51985

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## Southern District of Florida

CASE NUMBER: 00-6047-CR-HUCK

UNITED STATES OF AMERICA

V.

JARROD KNIGHT

**SUBPOENA IN A CRIMINAL CASE**

TO: CUSTODIAN OF RECORDS, CHRISTI BARNES
CROWLEY AMERICAN TRANSPORT, INC.
9487 REGENCY SQ. BLVD.
JACKSONVILLE, FL 32255

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. COURTHOUSE 301 N. MIAMI AVE. MIAMI, FLORIDA | 4TH FLOOR |
| | DATE AND TIME 3/12/01 AT 9:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

ALL PERSONNEL RECORDS FOR JARROD KNIGHT, SS# 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 or 590-14-180 INCLUDING, BUT NOT LIMITED TO, ALL W-2 FORMS, PAYROLL CHECKS AND STUBS, AND ALL OTHER DOCUMENTS INDICATING DATES OF EMPLOYMENT.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

(BY) DEPUTY CLERK

DATE

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
GENNARO CARIGLIO JR. ESQ., ATTY FOR JARROD KNIGHT
1177 KANE CONCOURSE SUITE #120
BAY HARBOR ISLANDS, FL 33154    (305) 865-2300