IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by \_\_\_\_ D.C.
MAR 0 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

THE UNITED STATES OF AMERICA,
          Plaintiff

vs.
          Case No: 00-6047-CR-Huck

JARROD KNIGHT,
          Defendant.

## *ORDER*

    THIS CAUSE having come to be heard on the Defendant's Motion to Issue and Serve a Subpoena Duces Tecum for a Trial Witness, it is

    CONSIDERED, ORDERED AND ADJUDGED that the Motion be and the same is hereby GRANTED as follows:

    1.    The Clerk shall issue, and the U.S. Marshal shall serve, the Subpoena Duces Tecum for Trial on the following witness:

Christi Barnes, Custodian of Records
Crowley American Transport, Inc.
9487 Regency Sq. Blvd.
Jacksonville, FL 32255

    This witness is also commanded to bring with her the following documents:
**The entire personnel records for Jarrod Knight**, SS#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 or 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 (from the date he first contacted Crowley American Transport, Inc., through date of discharge, up to the present). The documents to be provided include but are not limited to the following: all W-2 forms, payroll checks and stubs, and all other documents including date of employment.

    DONE AND ORDERED at Miami, Florida, this the 1st day of March, 2001.

                                                    U.S. District Judge