CRIMINAL MINUTES
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE  Paul C. Huck

=====================================================================

CASE NO. __00-6047-Cr__   DATE __3-7-01__

CLERK __Valerie Thompkins__   REPORTER __Larry Herr__

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. __James Brooker, Jarred Knight, Donnell Boles, Earnest Archie__

AUSA __Michael Dittoe__   DEFENSE CSL. __Philip Horowitz, Larry Rosenberg, Gennaro Cariglio__

Defendant(s) Present____ Not Present _XX_ In Custody ____

TYPE OF HEARING __Calendar Call__

RESULT OF HEARING __Court Sua Sponte Reset Jury Trial to the two-week trial calendar. Calendar Call 3-21-2001 @ 8:30  Jury Trial 3-26-2001 @ 9__

=====================================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____   Trial Date _____

Govt. Resp to P/T/Motions _____   Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of trial, to wit: __3-7-01__ thru __3-26-01__ to be excludable pursuant to the Speedy Trial Act.

170/13