UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK(s)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**NOTICE**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS, and
EARNEST ARCHIE,

        Defendants.
_____/

FILED by _____ D.C.
MAY 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| United States District Court<br>Southern District of Florida<br>300 N.E. First Avenue<br>Miami, Florida 33132 | **Courtroom X** |
|---|---|
| | 5/25/01 at 2:00 P.M. |

ARRAIGNMENT ON SUPERSEDING INDICTMENT

5-16-01
Date

Maedon Clark
Deputy Clerk

cc: Honorable Paul C. Huck
    Michael Dittoe, AUSA
    Philip Horowitz, Esq.
    Gennaro Cariglio, Esq.
    Gary Rosenberg, Esq.
    Harold Keefe, Esq.