Unsealed 5/8/03

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

01 MAY 22 AM 10: 11

THE UNITED STATES OF AMERICA,
    Plaintiff

vs.

                                          Case No: 00-6047-CR-Huck

JARROD KNIGHT,
    Defendant.

### *DEFENDANT KNIGHT'S EX PARTE MOTION*
### *TO ISSUE AND SERVE SUBPOENA DUCES TECUM*
### *(FILED UNDER SEAL)*

COMES NOW, the defendant, by and through undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 17(b) respectfully requests that this Honorable Court issue a subpoena duces tecum and order the U.S. Marshal Service to serve said subpoena and as grounds in support thereof would state the following:

1.    The defendant has been declared indigent and has been appointed C.J.A. counsel and as such is unable to pay the witness and service fees in this case.

2.    This case centers around the stevedores at Port Everglades and their alleged role in importing and distributing cocaine.

3.    Defendant Jarrod Knight was employed by Crowley American Transport, Inc. at Port Everglades. However, it is anticipated by the defense that the dates of his employment at Port Everglades will be disputed at trial. Specifically, whether Jarrod

Knight was employed by Crowley at the time of the alleged crimes. Therefore, counsel needs the entire personnel file from Crowley American Transport, Inc. and their custodian of records to admit this evidence at trial.

4. Additionally, counsel needs the personnel records for Cecil McCleod, Harold Wright, Lionel Welch, Malcolm Edwards, Mark Knight, and Vincent King as they are potential government witnesses and were employees of Crowley American Transport, Inc..

5. Therefore, this subpoena duces tecum is necessary to prepare an adequate defense.

WHEREFORE the defendant requests this motion be granted.

Respectfully submitted by:

Gennaro Cariglio Jr.
Attorney for the Defendant
1177 Kane Concourse
Suite 120
Bay Harbor Islands, FL 33154
(305) 865-2300
Florida Bar No.: 51985

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## Southern District of Florida

CASE NUMBER: 00-6047-CR-HUCK

UNITED STATES OF AMERICA

V.

JARROD KNIGHT

SUBPOENA IN A CRIMINAL CASE

TO: Custodian of Records, Christi Barnes
Crowley American Transport, Inc.
9487 Regency Sq. Blvd.
Jacksonville, FL 32255

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court Southern District of Florida 99 NE 4th St. Miami, Florida | COURTROOM 10th Floor Courtroom #6 |
| --- | --- |
| | DATE AND TIME 6/4/01 at 9:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

ALL PERSONNEL RECORDS FOR JARROD KNIGHT, SS# 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 or #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 INCLUDING, BUT NOT LIMITED TO, ALL W-2 FORMS, PAYROLL CHECKS AND STUBS, AND ALL OTHER DOCUMENTS INDICATING DATES OF EMPLOYMENT.
ADDITIONALLY, ALL PERSONNEL RECORDS FOR: CECIL McCLEOD, HAROLD WRIGHT, LIONEL WELCH, MALCOLM EDWARDS, MARK KNIGHT, AND VINCENT KING.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| --- | --- |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Gennaro Cariglio Jr., Esq., Attorney for Jarrod Knight
1177 Kane Concourse Suite 120
Bay Harbor Islands, FL 33154    (305) 865-2300

AO 89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES   ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
                Date                    Signature of Server

_____
Address of Server

ADDITIONAL INFORMATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK

UNITED STATES OF AMERICA

DE 178

Plaintiff,

vs.

JARROD KNIGHT

Defendant.
_____/

**ORDER RE: SEALED FILING**

Party Filing Matter Under Seal

Name: GENNARO CARIGLIO JR., ESQ.
Address: 1177 KANE CONCOURSE SUITE 120 BAY HARBOR ISLANDS, FL 33154
Telephone: (305) 865-2300

On behalf of (select one): ☐ Plaintiff  ☒ Defendant

Date sealed document filed: 5/22/1

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry: _____

The matter will remain sealed until:

☒ Conclusion of Trial          ☐ Arrest of First Defendant
☐ Case Closing                 ☐ Conclusion of Direct Appeal
☐ Other _____
☐ Permanently. Specify the authorizing law, rule, court order: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☒ Unsealed and placed in        ☐ Destroyed        ☐ Returned to the party or counsel for the party,
  the public portion of the court file                        as identified above

It is ORDERED and ADJUDGED that the proposed sealed document is hereby:

☐ Sealed         ☐ NOT Sealed          ☐ Other _____

The matter may be unsealed after:

☐ Conclusion of Trial           ☐ Arrest of First Defendant       ☐ Remain Sealed
☐ Case Closing                  ☐ Conclusion of Direct Appeal     ☐ Other _____

DONE and ORDERED at Miami, Florida this 23rd day of May, 2001.

_____
United States District Judge

This document has been disposed of in the following manner _____ by _____ or _____