Unsealed 5/8/03

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
MAY 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

THE UNITED STATES OF AMERICA,
        Plaintiff

vs.

                            Case No: 00-6047-CR-Huck

JARROD KNIGHT,
        Defendant.

## ORDER TO ISSUE AND SERVE SUBPOENA DUCES TECUM
## (FILED UNDER SEAL)

THIS CAUSE having come to be heard on the Defendant' Knight's Ex-Parte Motion to Issue and Serve a Subpoena Duces Tecum (Filed under Seal) upon Christi Barnes, Custodian of Records for Crowley American Transport, Inc., and the Court being fully advised in the premises, it is

        CONSIDERED, ORDERED AND ADJUDGED that the Motion is granted and that pursuant to F.R.Cr.P. 17(b) the Clerk of the Court shall issue and the U.S. Marhsals shall serve the attached subpoena duces tecum immediately.

This order and the accompanying motion shall remain under seal.

        DONE AND ORDERED in Miami, Florida, this the 23th day of May, 2001.

(no attachment)

_____
U.S. District Judge
PAUL C HUCK