```
FILED by_____ D.C.
MAG. SEC.

MAY 2 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK(S)

UNITED STATES OF AMERICA

vs.

JARROD KNIGHT            Defendant.

_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No :_____

Language:___ENGLISH_____

The above-named Defendant appeared before **Magistrate Judge**
, where the Defendant was arraigned and a plea of not
guilty was entered. Defendant and court-appointed/retainedcounsel
of record will be **noticed for trial by the District Judge assigned
to this case.** The following information is current as of this
date:

Defendant:        Address:_____

_____

Tel. No:_____

Defense Counsel:   Name    :___JOEL ROBRISH_____

Address:_____

_____

Tel. No:_____

Bond Set/Continued:        $_____

Dated this ___25TH___ day of _____MAY_____, 2001.

CLARENCE MADDOX, CLERK

BY___PATRICIA MITCHELL_____
         Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO.___01G-33-1153___
DIGITAL START NO._____