CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



HONORABLE
PAUL C. HUCK

===================================================================

CASE NO. 00-6047-CR               DATE 05-30-01

CLERK   Valerie Thompkins         REPORTER KIM MESFUN

USPO                              INTERPRETER

       UNITED STATES OF AMERICA   vs. JAMES BOOKER, ET AL


AUSA MICHAEL DITTOE               DEFENSE CSL. PHILIP HOROWITZ

GARY ROSENBERG, GERRY CARIGLIO, HAROLD KEEFE

Defendant(s) Present_____ Not Present XX  In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING COURT SET A HEARING ON ALL PENDING MOTIONS FOR

JUNE 01, 2001 @ 2:30 P.M. AND ALL SIDE'S ANNOUNCE READY FOR TRIAL

AND COURT SET THE JURY TRIAL TO START ON TUESDAY JUNE 5, 2001 @

9:00 A.M.


===================================================================
NEW DATES SET BY COURT

Defense P/T/Motions  _____    Trial Date _____

Govt. Resp to P/T/Motions_____  Further S/C _____

Change of Plea  _____

