FILED by _____ D.C.
JUN 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK
COURTROOM MINUTES    DAY #2

HONORABLE PAUL C. HUCK, Presiding    Date 06 / 06/ 01

Cont'd from    06 / 05/01

Defendant 1. JAMES BOOKER            5. _____
          2. JARROD KNIGHT           6. _____
          3. DONNELL BOKS            7. _____
          4. EARNEST ARCHIE          8. _____

Defense Counsel Philip Horowitz      AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins    Reporter Brynn Dockstader

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__ Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:    JURY xx    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____  JURY TRIAL HELD XX CONTINUED TO 06 /07 /01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____

191