FILED by \_\_\_\_ D.C.

JUN 0 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK
COURTROOM MINUTES        DAY #3

HONORABLE PAUL C. HUCK , Presiding   Date 06 / 07/ 01

Cont'd from   06 / 06/01

Defendant 1. JAMES BOOKER              5._____

          2. JARROD KNIGHT             6._____

          3. DONNELL BOKS              7._____

          4. EARNEST ARCHIE            8._____

Defense Counsel Philip Horowitz       AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins       Reporter Larry Herr

Calendar Call Held\_\_ Non-appearance of Deft/Bench Warrant issued\_

Begin Fugitive Interval\_\_   Oral Motion_____

                                 by_____

           Oral Order   Grant\_\_    Deny\_\_    Adv.\_\_

              TRIAL:  JURY xx    BENCH\_\_\_\_

BENCH TRIAL BEGINS \_\_ BENCH TRIAL HELD \_\_ CONTINUED TO \_\_/\_\_/\_\_

VOIR DIRE BEGINS \_\_  JURY SELECTION CONTD.\_\_ JURY IMPANELED \_\_

JURY TRIAL BEGINS\_\_\_\_  JURY TRIAL HELD XX CONTINUED TO 06 /08 /01

MISTRIAL DECLARED \_\_\_   NEW TRIAL ORDERED \_\_\_  TRIAL ENDS \_\_\_

DISMISSED COUNTS_____

         \_\_ COURT MOT   \_\_ GOVT. MOT   \_\_ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____