

FILED by ___ D.C.

JUN 0 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.· MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _00-6047-CR-HUCK_

### COURTROOM MINUTES

HONORABLE _PAUL C. HUCK_____, Presiding   Date _06 / 05/ 01_

Cont'd from _____ / __ / ___

Defendant 1. _JAMES BOOKER_____    5._____

2. _JARROD KNIGHT_____    6._____

3. _DONNELL BOKS_____    7._____

4. _EARNEST ARCHIE_____    8._____

Defense Counsel _Philip Horowitz_____   AUSA _Michael Dittoe_____

_Gary Rosenberg, Gennaro Cariglio, Harold Keefe_

Deputy Clerk _Valerie Thompkins____   Reporter _Brynn Dockstader_____

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__   Deny__   Adv.__

_____
TRIAL:   JURY _xx_    BENCH_____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __   CONTINUED TO _/ __ /__

VOIR DIRE BEGINS _xx_  JURY SELECTION CONTD.__ JURY IMPANELED _xx_

JURY TRIAL BEGINS _xx_   JURY TRIAL HELD___  CONTINUED TO 06 /06 /0·

MISTRIAL DECLARED ____    NEW TRIAL ORDERED ____   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____