FILED by ___ D.C.

JUN 0 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK

<u>COURTROOM MINUTES</u>   DAY #4

HONORABLE <u>PAUL C. HUCK</u>, Presiding   Date <u>06 / 08/ 01</u>

Cont'd from   <u>06 / 07/01</u>

Defendant  1. <u>JAMES BOOKER</u>          5. _____

2. <u>JARROD KNIGHT</u>           6. _____

3. <u>DONNELL BOKS</u>            7. _____

4. <u>EARNEST ARCHIE</u>          8. _____

Defense Counsel <u>Philip Horowitz</u>   AUSA <u>Michael Dittoe</u>

<u>Gary Rosenberg, Gennaro Cariglio, Harold Keefe</u>

Deputy Clerk <u>Valerie Thompkins</u>   Reporter <u>Larry Herr</u>

Calendar Call Held__  Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:   JURY <u>xx</u>   BENCH____

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD <u>XX</u> CONTINUED TO <u>06 /11 /01</u>

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____

196