

FILED by ___ V ___ D.C.
JUN 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK
COURTROOM MINUTES          DAY #6

HONORABLE PAUL C. HUCK, Presiding    Date 06/12/01

Cont'd from   06/11/01

Defendant 1. JAMES BOOKER         5.
          2. JARROD KNIGHT        6.
          3. DONNELL BOKS         7.
          4. EARNEST ARCHIE       8.

Defense Counsel Philip Horowitz    AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins    Reporter Larry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY xx   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD xx CONTINUED TO 06/13/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____