UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.

_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Request

Transcripts

Tapes — tape recorder

_____
PLEASE SIGN AND DATE         [signature] 6/14/01