

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6047-CR-HUCK__
COURTROOM MINUTES          DAY #8

HONORABLE __PAUL C. HUCK__, Presiding    Date __06 / 14/ 01__

Cont'd from    __06 / 13/01__

Defendant 1. __JAMES BOOKER__        5. _____

         2. __JARROD KNIGHT__        6. _____

         3. __DONNELL BOKS__         7. _____

         4. __EARNEST ARCHIE__       8. _____

Defense Counsel __Philip Horowitz__    AUSA __Michael Dittoe__

__Gary Rosenberg, Gennaro Cariglio, Harold Keefe__

Deputy Clerk __Valerie Thompkins__    Reporter __Paul Hafenling__

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __    Oral Motion _____

by _____

Oral Order  Grant __  Deny __  Adv. __

TRIAL:   JURY __xx__   BENCH ____

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD. __  JURY IMPANELED __

JURY TRIAL BEGINS ____  JURY TRIAL HELD __XX__ CONTINUED TO __06 /15 /01__

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY  Cts # _____