UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK



FILED by _____ D.C.

JUN 15 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.

_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

1. We cannot come to a decision on 1 defendant

2. We cannot come to a decision on 2 counts for one defendant

[signature] Reau 6/15/01

PLEASE SIGN AND DATE

The Court appreciates your hard work on this case. You have been deliberating for 8 hours today + I am sending you home for the weekend.

I want you to return on Monday morning ~~at 8~~ to continue your deliberations.