```
FILED by ___ D.C.
JUN 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK
COURTROOM MINUTES          DAY #9

HONORABLE PAUL C. HUCK, Presiding   Date 06/15/01

Cont'd from   06/14/01

Defendant 1. JAMES BOOKER        5. _____
          2. JARROD KNIGHT       6. _____
          3. DONNELL BOKS        7. _____
          4. EARNEST ARCHIE      8. _____

Defense Counsel Philip Horowitz      AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins    Reporter Larry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:   JURY xx   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____  JURY TRIAL HELD xx CONTINUED TO 06/18/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED __  TRIAL ENDS __

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____

*Jury Deliber...*