

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # **00-6047-CR-HUCK**
COURTROOM MINUTES    DAY **#10**

HONORABLE **PAUL C. HUCK**, Presiding    Date **06 / 18/ 01**

Cont'd from    **06 / 15/01**

Defendant 1. **JAMES BOOKER**    5. _____
2. **JARROD KNIGHT**    6. _____
3. **DONNELL BOKS**    7. _____
4. **EARNEST ARCHIE**    8. _____

Defense Counsel **Philip Horowitz**    AUSA **Michael Dittoe**

**Gary Rosenberg, Gennaro Cariglio, Harold Keefe**

Deputy Clerk **Valerie Thompkins**    Reporter **Larry Herr**

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __    Oral Motion _____

by _____

Oral Order   Grant __   Deny __   Adv. __

TRIAL:    JURY **xx**    BENCH ____

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

VOIR DIRE BEGINS __   JURY SELECTION CONTD. __   JURY IMPANELED __

JURY TRIAL BEGINS ____    JURY TRIAL HELD **XX** CONTINUED TO **06 /19 /01**

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY    Cts # _____

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY  Cts #_____

JURY VERDICT SET ASIDE \_\_\_

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR \_\_\_/\_\_\_/\_\_\_  AT _____        NOTICE SERVED \_\_

JURORS

1._____  5._____  9._____

2._____  6._____ 10._____

3._____  7._____ 11._____

4._____  8._____ 12._____

Alternate #1._____   Alternate #2._____

Alternate #3._____   Alternate #4._____

**MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK**

Court Declares a Mistrial As to Defendant James Booker on All Counts

Court Declares a Mistrial As to Defendant Jarrod Knight as to "Counts I, II "ONLY"

Court Declares a Mistrial As to Defendant Donnell Boks as to "Counts I, II" "ONLY"

Court Declares a Mistrial As to Defendant Earnest Archie as to "Counts I, II" "ONLY"

Jury Found Defendant "JArrod Knight" not Guilty as to Counts 3, 4, 5 Judgement of Acquittal entered

Jury Found Defendant "Ernest Hackn" not Guilty as to Counts 13, 14 Judgement of Acquittal entered.

Jury Found Defendant "Donnell Boks" not Guilty as to Counts 13, 14 Judgement of Acquittal entered.