UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                                ORDER

JARROD KNIGHT,
EARNEST ARCHIE,
DONNELL BOKS,

        Defendant(s).
_____/



FILED by _____ D.C.

JUN 20 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

    THIS MATTER having come before the Court for trial by jury on June 05, 2001, the jury having failed to reach a unanimous verdict as to counts 1 and 2 in the Indictment, it is therefore

    ORDERED AND ADJUDGED that a Mistrial is hereby declared as to each of Counts 1, and 2 of the Indictment, it is further

    ORDERED AND ADJUDGED that this cause is hereby set for retrial during the calendar commencing July 16, 2001. The Court finds that the time, between June 18, 2001 and until July 27, 2001 shall be deemed excludable pursuant to Title 18, U.S.C. Section 3161(a)(8)(A).

    DONE AND ORDERED, in Miami, Florida, this ___20th___ day of June 2001.

                                                    _____
                                                    PAUL C. HUCK
                                                    UNITED STATES DISTRICT JUDGE

cc: all counsel of record