

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-Cr-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES BOOKER, et al.,

    Defendant.
_____/

**UNDER SEAL**



### ORDER

This matter is before the Court on the following oral motions: 1) The Motion of the United States to prohibit all contact by any Defendant, Defense Counsel or any agent of a Defendant or Defense Counsel with any juror; 2) The motion by the Defendant Jarrod Knight to interview the juror Beverly Reaves. A sealed hearing was conducted in this matter on June 19, 2001. For the reasons stated at that hearing,

It is HEREBY ORDERED that the hearing held in this matter be and hereby is sealed;

It is FURTHER ORDERED that all notes of the Court Reporter concerning that hearing shall be filed under seal until further order of the Court;

It is FURTHER ORDERED that all defendants, defense counsel, and any other person acting on behalf of any defendant, are

prohibited and enjoined from having any contact whatsoever with any juror in this case, or with any other person, acting on behalf of any juror until further order of Court;

It is FURTHER ORDERED that the United States may conduct an investigation, in the manner it sees fit, into the possible obstruction of justice, together with any related criminal offenses by any person, and shall inform the Court ex parte and in camera as to what investigative steps it is undertaking;

It is FURTHER ORDERED that in conducting its investigation, the United States may initiate undercover and covert contact with the juror Beverly Reaves;

It is FURTHER ORDERED that the motion of the defendant to interview the juror Beverly Reaves is DENIED without prejudice to renew his motion;

It is FURTHER ORDERED that a status conference in this matter is set for _9:00 AM_ on June 27, 2001.

Ordered this 21st Day of June, 2001

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE