UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6047-CR-HUCK-BROWN

UNITED STATES OF AMERICA
                        Plaintiff,

VS.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,
                        Defendants.
_____/



FILED by _____ V _____ D.C.

**JUN 2 9 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

## ORDER GRANTING CONTINUANCE OF TRIAL DATE

THIS MATTER having come before the Court upon the Defendant's Ernest Archie,

Motion for Continuance of trial DE#223, the Court having reviewed said motion and the reasons

advanced therein and the Court being fully advised as to the facts and circumstances of this case.

The Court finding that the ends of justice will be served by the setting of said trial as set forth

below and agreed to by the parties and that a continuance outweighs the interest of the public and

the Defendant in a speedy trial, it is:

ORDERED AND ADJUDGED that the Defendants Ernest Archie, Motion to Continue

the trial is hereby GRANTED. Trial in this cause is set for the two-week period commencing ,

August 27, 2001, and ending September 07, 2001, in the U.S. Courthouse at Federal Justice

Building, 99 NE 4th Street, 10th Floor Courtroom #6, Miami, Florida.

**Calendar Call will be held at 8:30 a.m. on Wednesday,** August 22, 2001.

The Court finds that the period of delay from June 26, 2001, to September 07, 2001 and

1



any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161, et. seq. It is further

ORDERED AND ADJUDGED that all discovery responses and/or pretrial motions shall be filed within the time limitations set forth in this Court's Standing Discovery Order.

**A continuance of the trial date in this matter shall not extend the deadline for the filing of motions.** Any proposed motion received after the "motions cut-off date" shall be accompanied by a separate motion for leave to file, setting forth the facts and circumstances for the late filing.

Counsel for the parties in the matter are hereby reminded that, pursuant to Local Rule 7.1 (A)(4) (S.D. of Fla.), all motions filed with the Court shall be accompanied by **stamped** addressed envelopes for **all** parties to this action.

In cases tried before a jury, **the proposed jury instructions and verdict form** must be submitted at least ONE WEEK prior to the beginning of the trial calendar. The parties shall submit a SINGLE JOINT set of proposed jury instructions and verdict form, though the parties need not agree on the proposed language of each or any instruction or question on the verdict form. Where the parties do agree on a proposed instruction or question, that instruction or question shall be set forth in Times New Roman 14 point typeface. Instructions and questions proposed only by the Government to which the defendant(s) object shall be italicized. Instructions and questions proposed only the defendant(s) to which the Government object shall be bold-faced. Each jury instruction shall be typed on a separate sheet and must be supported by citations of authority. Each disputed jury instruction shall also state the basis for the objection(s) at the bottom of the sheet, before the citations of authority. In preparing their requested jury

2

instructions, the parties shall utilize as a guide the Pattern Jury Instructions for Criminal Cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein. A copy of the proposed jury instructions and verdict form shall be delivered to chambers at the time of filing, together with a computer disk compatible with Corel Word Perfect version 8.0.

It shall be the duty of the attorney's herein to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the dates set forth above. If any counsel receives a written notice of trial from another judge, in either state or federal court, that in any way conflicts with this trial's scheduled setting, it is the obligation of that attorney to notify the judge immediately so that the judge may reschedule his or her calendar thus leaving counsel conflict free for this case.

Counsel shall submit to the Court a typed list of proposed witnesses and/or exhibits to be presented at trial at the Calendar Call. All exhibits offered into evidence must be pre-labeled in accordance with the proposed exhibit list. Exhibit labels shall included the case number. Labels may be obtained from the Clerk of the Courts.

Counsel are instructed that arrangements for appropriate clothing for Defendants in custody must be made at least seven (7) days prior to the scheduled trial date.

Counsel are further instructed to notify the Court if and interpreter is required at least 72 hours prior to any hearing or trial.

All local requests for Writs ad Testificandum must be filed not later than fourteen days prior to the first day of the scheduled trial period to ensure adequate time for processing. Writs for persons out of the district should be filed twenty days prior to the trial date.

3

DONE AND ORDERED in Chambers, Miami, Florida, this 2 7 day of June, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    Honorable Stephen T. Brown
       all counsel of record

4