**CJA 24**
**(REV. 7/95)** **AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT**

VOUCHER NO. _FLST7012074_

| 1. JURISDICTION  1 ☐ MAG. JUDGE  2 ☑ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY MCC 6/19/01 |

3. DISTRICT DOCKETING NO. 00-6047-CR-PGH   4. APPEALS DOCKET NO.   5. FOR (DISTRICT/CIRCUIT) S/D Florida

ACCTG. CLASS NOS.

6 IN THE CASE OF United States vs. Booker, et al.

7. PERSON REPRESENTED Jarrod Knight   8. LOCATION/ORGANIZATION CODE FLSMI

DATE PAID 6/21/01

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Trial Preparation

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
TESTIMONY OF LIONEL WELCH

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY   DATE 6/14/01
GENNARO CARIGLIO Jr.   PHONE NUMBER (305) 865-2300

PRINTED NAME OF ATTORNEY
1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER
DATE

FILED BY _____ D.C.
CT. REP.
JUL 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

| 13. SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS |
|---|---|---|
| A. Apportion                    % of transcript with | | 14. A. |
| B. ☐ Expedited    ☐ Daily    ☐ Hourly Transcript | | 14. B. |
| C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | | 14. C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | 14. D. |

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS
☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)
99 NE 4th St., Rm. 1070
Miami, FL 33132

16. FULL NAME OF PAYEE Larry Herr

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE 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

19. TELEPHONE NO.
AREA CODE ( ) NUMBER

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | 251 | $ .75 | $ | $ | $ 188.50 |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION   DATE 6-14-01

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT   DATE

23. TOTAL CLAIMED $ 188.50

24. APPROVED FOR PAYMENT
SIGNATURE OF PRESIDING JUDICIAL OFFICER   DATE

25. AMT. APPROVED $ 188.50

**ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT**