|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES BOOKER,<br>JARROD KNIGHT,<br>DONNELL BOKS, and<br>EARNEST ARCHIE,<br><br>    Defendants.<br>_____/ | CASE NO. 00-6047-CR-HUCK<br><br>NOTICE RESETTING TIME OF HEARING |



PLEASE TAKE NOTICE that the above-entitled cause has been re-scheduled for a status conference hearing on **Tuesday, August 7, 2001, at 3:30 p.m.**, before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: August 1, 2001

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

c:  AUSA Terrance Thompson, Esq.
    AUSA Michael J. Dittoe, Esq. 954-356-7230
    Gary I. Rosenberg, Esq. - 305-529-9334
    Gennaro Cariglio, Jr., Esq. - 305-868-3650
    Harold F. Keefe, Esq. - 305-829-8085
    Philip R. Horowitz, Esq. - 305-232-1963
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services