CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



HONORABLE
PAUL C. HUCK

===================================================================

CASE NO. 00-6047-CR                    DATE   08-22-2001

CLERK   Valerie Thompkins              REPORTER LARRY HERR

USPO  _____           INTERPRETER _____

    UNITED STATES OF AMERICA  vs. JAMES BOOKER, JARROD KNIGHT,

DONNELL BOKS, EARNEST ARCHIE, _____

AUSA MICHAEL DITTOE, TERRY THOMPSON DEFENSE CSL. GARY ROSENBERG,

 PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Defendant(s) Present_____ Not Present XX  In Custody_____

TYPE OF HEARING CALENDAR CALL _____

RESULT OF HEARING BOTH THE GOVERNMENT AND DEFENSE ANNOUNCE READY

FOR TRIAL, THE COURT SET THE CASE FOR JURY TRIAL ON MONDAY,

AUGUST 27, 2001 @ 9:00 A.M.

===================================================================

NEW DATES SET BY COURT

Defense P/T/Motions    _____    Trial Date _____

Govt. Resp to P/T/Motions_____  Further S/C _____