```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                       FORT LAUDERDALE DIVISION

 3
                       CASE NO. 00-6047-CR-HUCK/BROWN
 4

 5    _____
                                      |
      UNITED STATES OF AMERICA,       |      MIAMI, FLORIDA
 6                                    |
                    Plaintiff,        |      JUNE 8, 2001
 7                                    |
      v.                              |
 8                                    |
      JAMES BOOKER,                   |
 9    ERNEST ARCHIE,                  |
      DONNELL BOKS,                   |
10    JARROD KNIGHT,                  |
                                      |
11                  Defendants.       |
      _____x
12

13           TRANSCRIPT OF TESTIMONY OF CECIL MCCLEOD
               BEFORE THE HONORABLE PAUL C. HUCK,
14                UNITED STATES DISTRICT JUDGE
                          AND A JURY
15
      APPEARANCES:
16
      FOR THE GOVERNMENT:      MICHAEL J. DITTOE, ESQ.
17                             TERRENCE THOMPSON, ESQ.
                               Assistant U. S. Attorneys
18                             500 East Broward Boulevard
                               Fort Lauderdale, FL   33394
19                             954/456-7392

20    FOR DEFENDANT            GARY I. ROSENBERG, ESQ.
        BOOKER:                Adorno & Zeder
21                             2601 South Bayshore Drive
                               Miami, FL   33133 - 305/860-7254
22

23

24

25
```

FILED by _____ D.C.
APPEAL
AUG 2 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA