```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA      FILED by _____ J.C.
 2                FORT LAUDERDALE DIVISION        APPEAL

 3           CASE NO. 00-6047-CR-HUCK/BROWN         AUG 2 4 2001

 4                                                CLARENCE MADDOX
                                                  CLER. U.S. DIS. CT
 5      _____            S.D. OF FLA

 6      UNITED STATES OF AMERICA,      |     MIAMI, FLORIDA

 7                  Plaintiff,         |     JUNE 12, 2001

 8      v.                             |

 9      JAMES BOOKER,                  |
        ERNEST ARCHIE,                 |
10      DONNELL BOKS,                  |
        JARROD KNIGHT,                 |
11                                     |
                    Defendants.        |
12      _____ x

13


14           TRANSCRIPT OF TESTIMONY OF VINCENT KING
15         BEFORE THE HONORABLE PAUL C. HUCK,
              UNITED STATES DISTRICT JUDGE
16                    AND A JURY

17

18   APPEARANCES:

19   FOR THE GOVERNMENT:      MICHAEL J. DITTOE, ESQ.
                              TERRENCE THOMPSON, ESQ.
20                            Assistant U. S. Attorneys
                              500 East Broward Boulevard
21                            Fort Lauderdale, FL  33394
                              954/456-7392
22
     FOR DEFENDANT            GARY I. ROSENBERG, ESQ.
23      BOOKER:               Adorno & Zeder
                              2601 South Bayshore Drive
24                            Miami, FL  33133 - 305/860-7254

25
```

