```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA          FILED by _____ D.C.
 2                       FORT LAUDERDALE DIVISION           APPEAL

 3                   CASE NO. 00-6047-CR-HUCK/BROWN          AUG 2 4 2001

 4                                                          CLARENCE MADDOX
                                                            CLERK U.S. DIST.
                                                            S.D. OF FLA.
 5     _____
                                        |
 6     UNITED STATES OF AMERICA,        |    MIAMI, FLORIDA
                                        |
 7                     Plaintiff,       |    JUNE 12, 2001
                                        |
 8     v.                               |
                                        |
 9     JAMES BOOKER,                    |
       ERNEST ARCHIE,                   |
10     DONNELL BOKS,                    |
       JARROD KNIGHT,                   |
11                                      |
                       Defendants.      |
12     _____x

13

14
             TRANSCRIPT OF TESTIMONY OF MARK KNIGHT
15             BEFORE THE HONORABLE PAUL C. HUCK,
                  UNITED STATES DISTRICT JUDGE
16                        AND A JURY

17

18     APPEARANCES:

19     FOR THE GOVERNMENT:       MICHAEL J. DITTOE, ESQ.
                                 TERRENCE THOMPSON, ESQ.
20                               Assistant U. S. Attorneys
                                 500 East Broward Boulevard
21                               Fort Lauderdale, FL  33394
                                 954/456-7392
22
       FOR DEFENDANT             GARY I. ROSENBERG, ESQ.
23       BOOKER:                 Adorno & Zeder
                                 2601 South Bayshore Drive
24                               Miami, FL  33133 - 305/860-7254

25
```

258/ga