UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
AUG 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

DAY #4

CASE # 00-6047-CR

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding   Date 08 / 30/01

Cont'd from   08 / 29/01

Defendant 1. JAMES BOOKER          5. _____

          2. JARROD KNIGHT         6. _____

          3. DONNELL BOKS          7. _____

          4. EARNEST ARCHIE        8. _____

Defense Counsel MICHAEL DITTOE      AUSA GARY ROSENBERG,

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__  Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY XX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED___

JURY TRIAL BEGINS____  JURY TRIAL HELD XX CONTINUED TO 08/31/01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____