se 0:00-cr-06047-PCH    Document 264    Entered on FLSD Docket 09/04/2001    Page 1 o

FILED by ___ D.C.
AUG 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY #5

CASE # 00-6047-CR

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding    Date 08 / 31/01

Cont'd from    08 / 30/01

Defendant 1. JAMES BOOKER          5._____
          2. JARROD KNIGHT         6._____
          3. DONNELL BOKS          7._____
          4. EARNEST ARCHIE        8._____

Defense Counsel MICHAEL DITTOE        AUSA GARY ROSENBERG,

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

_____
            TRIAL:   JURY XX    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED___

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 9/4/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____