UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY # 7

CASE # 00-6047-CR

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding   Date 09 / 5 /01

Cont'd from  9 / 4 /01

Defendant 1. JAMES BOOKER         5. _____

2. JARROD KNIGHT          6. _____

3. DONNELL BOKS           7. _____

4. EARNEST ARCHIE         8. _____

Defense Counsel MICHAEL DITTOE     AUSA GARY ROSENBERG,

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__  Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY XX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED___

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 9/10/01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____