UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.
_____/

**DO NOT DESTROY**

FILED by __ D.C.
SEP 06 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

QUESTION/NOTE FROM THE
JURY TO THE COURT

One person change mind

      not Guilty    Guilty

KNIGHT
BOKS
ARCHIE
BOOKER

        (11)      (1)

PLEASE DATE AND SIGN

Yoama Garcia

