UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

FILED by ___

SEP 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIS.
S. D. OF FLA.

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JAMES BOOKER,          **DO NOT DESTROY**
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

     Defendant.

_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

BOOKER

| | | GUILTY — | NOT GUILTY |
|---|---|---|---|
| COUNT | 3 | 20 | 10 |
| COUNT | 4 | 2 | 10 |
| COUNT | 5 | 2 | 10 |
| COUNT | 6 | 2 | 10 |
| COUNT | 7 | 2 | 10 |

4, 9.8.01

PLEASE DATE AND SIGN
YOANNA GARCIA

| | | | |
|---|---|---|---|
| COUNT | 8 | 2 | 10 |
| COUNT | 9 | 2 | 10 |
| COUNT | 10 | 2 | 10 |
| COUNT | 11 | 2 | 10 |

WE REVIEW ALL EXHIBITS NO CHANGE OF OPINION(S)
NO CHANGE ON VERDICT.