UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.  00-6047-CR-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JAMES BOOKER,                              **DO NOT DESTROY**
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

       Defendant.

_____/

QUESTION/NOTE FROM THE
JURY  TO THE COURT

NO ONE STILL HASN'T CHANGED
THEIR MIND.

_____
PLEASE DATE AND SIGN
Yoanna Garcia