UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

FILED by _____
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,                  **DO NOT DESTROY**
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.
_____/

QUESTION/NOTE FROM THE
<u>JURY TO THE COURT</u>

The GENERAL ALLEGATION packet

_____
PLEASE DATE AND SIGN
Yvonne Garcia