UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK(s)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JARROD KNIGHT

      Defendant.

_____/

FILED by____

SEP 2 5

CLARENCE MA
CLERK U.
S. D.

### VERDICT

We the jury in the above entitled case unanimously return the following verdicts as to JARROD KNIGHT:

### COUNT 1

_____ GUILTY            ✓ NOT GUILTY

If you find the defendant JARROD KNIGHT not guilty you should go on to the next count. If you find the defendant JARROD KNIGHT guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant JARROD KNIGHT guilty of the crime charged in Count 1 of the indictment make the following special findings beyond a reasonable doubt:

1



a.    Did the defendant JARROD KNIGHT's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES                    _____ NO

## COUNT 2

_____ GUILTY                  \_\_✓\_\_ NOT GUILTY

If you find the defendant JARROD KNIGHT guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant JARROD KNIGHT guilty of the crime charged in Count 2 of the indictment make the following special findings beyond a reasonable doubt:

a.    Did the defendant JARROD KNIGHT's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES                    _____ NO

I hereby certify that the above verdicts were unanimously agreed on by all the members of the jury.

DATE: \_9, 6. 1\_\_\_          _____
                              FOREPERSON

2