```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
              CASE NO.  00-6047-CR-HUCK-BROWN
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JARROD KNIGHT,

        Defendant.

_____/

**FILED by ___ D.C.**
**SEP 0 6 2001**
**CLARENCE MADDOX**
**CLERK U.S. DIST. CT.**
**S.D. OF FLA.**

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant not quilty as to counts 1 & 2 of the indictment, Judgment of Acquittal is entered herein as to the Defendant, Jarrod Knight, on counts 1 & 2 of the indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, as to the count(s) hereinabove specified only, otherwise the bond shall remain in full force and effect.

DONE AND ORDERED at Miami, Florida, this 6 day of September 2001.

                                        PAUL C. HUCK
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF FLORIDA

cc:  all counsel of record
     U. S. Marshal Service
     U. S. Probation Office
     U. S. Pretrial Services





```
CASE:      0:00-cr-06047
DOCUMENT:  286
DATE:      09/07/01

CLERK:     td
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DONNELL BOKS,

        Defendant.
_____/

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant not quilty as to counts 1 & 2 of the indictment, Judgment of Acquittal is entered herein as to the Defendant, Donnell Boks, on counts 1 & 2 of the indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, as to the count(s) hereinabove specified only, otherwise the bond shall remain in full force and effect.

DONE AND ORDERED at Miami, Florida, this 6th day of September 2001.

                                        PAUL C. HUCK
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF FLORIDA

cc:   all counsel of record
      U. S. Marshal Service
      U. S. Probation Office
      U. S. Pretrial Services

FILED by D.C.
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.