| | |
|---|---|
| CJA 24 (REV. 7/95) | **AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT** |

**VOUCHER NO.** FLST240121

**1. JURISDICTION**
- 1 ☐ MAG. JUDGE
- 2 ☒ DISTRICT
- 3 ☐ APPEALS
- 4 ☐ OTHER

**2. MAG. JUDGE DOCKET NO.**

**PAID BY** MKC — 7/07/01

**3. DISTRICT DOCKETING NO.** 00-6047-CR-HUCK

**4. APPEALS DOCKET NO.**

**5. FOR (DISTRICT/CIRCUIT)**

**ACCTG. CLASS. NOS.**

**6. IN THE CASE OF** UNITED STATES VS. JARROD KNIGHT

**7. PERSON REPRESENTED** JARROD KNIGHT

**8. LOCATION/ORGANIZATION CODE**

**DATE PAID**

FILED by CT. REP. OCT 19 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. — MIAMI

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)**
RE-TRIAL

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)**
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

TRIAL TRANSCRIPTS OF MARK KNIGHT, CECIL McCLEOD, VINCENT KING

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY  DATE 8/29/01
GENNARO CARIGLIO JR.  (305) 865-2300
PRINTED NAME OF ATTORNEY  PHONE NUMBER

- 1 ☐ FPD
- 2 ☐ CDO
- 3 ☒ PANEL ATTORNEY
- 4 ☐ RETAINED ATTORNEY
- 5 ☐ PRO SE

**12. COURT ORDER**
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER

DATE August 29, 2001

**13. SPECIAL AUTHORIZATIONS** | **14. JUDGE'S INITIALS**

A. Apportion ____ % of transcript with ____ | 14. A.

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B.

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.

D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

**15. COURT REPORTER/TRANSCRIBER STATUS**
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**16. FULL NAME OF PAYEE** Larry Herr

**17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE** 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

**18. PAYEE'S ADDRESS** 99 N.E. 4th St., Rm. 1070, Miami, FL 33132

**19. TELEPHONE NO.** (305) 523-5128

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | 443 | $.25 | $ | $ | $110.75 |
| C. Expenses (Itemize): | filed 8/24/01 De#'s 255 thru 259 | | | | | $ |

**21. CLAIMANT'S CERTIFICATION**
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION  DATE 8-30-01

**22. CERTIFICATION OF ATTORNEY OR CLERK**
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT  DATE 8/29/01

**23. TOTAL CLAIMED** $

**24. APPROVED FOR PAYMENT**
SIGNATURE OF PRESIDING JUDICIAL OFFICER  DATE Aug 29, 2001

**25. AMT. APPROVED** $110.75

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT