UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JARROD KNIGHT,

    Defendant.
_____/

FILED by _____ D.C.
MAY 0 8 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER UNSEALING DOCUMENTS

Upon review of the documents underseal in this case, the Clerk's Office is instructed to do the following:

✓    Docket Entries #178, 179, 214, 222 and 237 _____ (Documents attached hereto) shall be unsealed and placed in the court file.

____    Docket Entries _____ (Documents attached hereto) shall be unsealed and returned to _____
_____.

____    Docket Entries # _____ (Documents attached hereto) shall be unsealed and destroyed by the Clerk.

DONE and ORDERED at Miami, Florida this 8 day of May, 2003.

                                        PAUL C. HUCK
                                        UNITED STATES DISTRICT JUDGE

The document(s) has/have been disposed of in the manner ordered above by _____
_____ on _____, 2003.

cc:    All Counsel of Record/Pro Se parties

```
[docket  ]                    CIVIL/CRIMINAL                   [    vdocs]
3. Docket                                                       [REF-DOC]


 Docket #    : 0:00-cr-6047                                            STB
 Short Title: USA               v. Booker                 CLOSED
 Type: cr         Judge: Huck              Magistrate:
 ---------------------------------------------------------------------------

 -----------Event-------------Action-------------Relief-----------Trans #----
 ko         -        -          |gr       |uns        doc      -    | 5821334
 **************   Selected Documents in Case: 0:00-cr-06047    ***************
 for parties: Booker   (1), Knight   (2), Dixon   (3), Boks   (4), Archie   (5) ...
 Ord    Subtype Type     Short Display         Document ID Filer    Filed
 -- 157.-        arr      (Arraignment Information)   182- 1        5/29/01
 -- 158.-        arr      (Arraignment Information)   181- 1        5/29/01
 -- 159.-        arr      (Arraignment Information)   180- 1        5/29/01
 -- 160.-        doc      (Sealed Document       )    179- 1        5/23/01
 -- 161.-        doc      (Sealed Document       )    178- 1        5/22/01
 -- 162.ntc      hrg      Arraignment deadline        177- 1        5/16/01

 [A]cc, [S]lct, [E]vry, [C]lr, [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit
 total: 474       selected: 0        current: 157         : n
```

```
[docket   ]                    CIVIL/CRIMINAL                    [   vdocs]
3. Docket                                                        [REF-DOC]


Docket #   : 0:00-cr-6047                                        STB
Short Title: USA              v. Booker              CLOSED
Type: cr       Judge: Huck            Magistrate:
-------------------------------------------------------------------------------

------------Event--------------Action--------------Relief------------Trans #----
ko         -         -          |gr       |uns         doc       -    | 5821334
**************  Selected Documents in Case: 0:00-cr-06047    ***************
for parties: Booker  (1), Knight  (2), Dixon  (3), Boks  (4), Archie  (5) ...
Ord      Subtype Type    Short Display           Document ID Filer    Filed
 -- 103.-         m       to continue                223- 1 Archie 6/26/01T
 -- 104.-         doc     (Sealed Document      )   222- 1         6/21/01
 -- 105.-         doc     (Sealed Document      )   214- 1         6/20/01
 -- 106.-         rlf     for declaration of mistri 215- 1         6/20/01
 -- 107.-         rlf     Jury Trial deadline       215- 2         6/20/01
 -- 108.-         rlf     to continue-ends of justi 215- 3         6/20/01

[A]cc, [S]lct, [E]vry, [C]lr, [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit
total: 474       selected: 0        current: 105       : p
```

```
[docket   ]                       CIVIL/CRIMINAL                    [    vdocs]
3. Docket                                                           [REF-DOC]


 Docket #    : 0:00-cr-6047                                               STB
 Short Title: USA                 v. Booker                        CLOSED
 Type: cr          Judge: Huck                Magistrate:
 ----------------------------------------------------------------------------

 ------------Event--------------Action-------------Relief-----------Trans #----
 ko           -         -          |gr      |uns       doc       -    |  5821334
 **************   Selected Documents in Case: 0:00-cr-06047     **************
 for parties: Booker  (1), Knight  (2), Dixon  (3), Boks  (4), Archie  (5) ...
 Ord      Subtype Type    Short Display           Document ID Filer    Filed
 -- 79. -         m       to travel                  240- 1 Archie 7/12/01T
 -- 80. -         m       for bond                   239- 1 Booker 7/12/01T
 -- 81. -         o       (Order filed          )    241- 1         7/12/01
 -- 82. -         cja     (CJA 24 - Authorization )  238- 1         7/11/01
 -- 83. -         o       (Order filed          )    236- 1         7/6/01
 -- 84. -         doc     (Sealed Document      )    237- 1         7/5/01

 [A]cc, [S]lct, [E]vry, [C]lr, [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit
 total: 474       selected: 0        current: 84          : p
```